AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DENNIS HOPKINS; et al., individually and on behalf of a class of all others similarly situated

*Plaintiff(s)*

v.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity

*Defendant(s)*

Civil Action No. 3:18-cv-188-CWR-LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Secretary of State Delbert Hosemann
c/o Jim Hood, Attorney General
Mississippi Office of Attorney General
550 High Street, Suite 1200
Jackson, MS 39211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jody E. Owens, II
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAR 27 2018

*Signature of Clerk or Deputy Clerk*