## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

DENNIS HOPKINS; HERMAN PARKER JR.; WALTER WAYNE KUHN JR.; BYRON DEMOND COLEMAN; JON O'NEAL; and EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,

    Plaintiffs,

       v.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

    Defendant.

**Civil Action No. 3:18cv188-CWR-LRA**

## ENTRY OF APPEARANCE OF COUNSEL

Paloma Wu, of the Southern Poverty Law Center, hereby enters her appearance as additional counsel for Plaintiffs in the above action.

Dated this the 28th day of March, 2018.

/s/Paloma Wu
Paloma Wu, MS Bar No. 105464
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Phone: 601-948-8882
Fax: 601-948-8885
paloma.wu@splcenter.org

### CERTIFICATE OF SERVICE

I, Paloma Wu, hereby certify that a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

SO CERTIFIED, this the 28th day of March, 2018.

/s/Paloma Wu
Paloma Wu