FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

DENNIS HOPKINS, et al.          Plaintiff

v.                                                    CIVIL ACTION
                                                      NO.  3:18cv188-CWR-LRA

SECRETARY OF STATE DELBERT
HOSEMANN, in his official capacity     Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:              Jonathan K. Youngwood

     Firm Name:         Simpson Thacher & Bartlett LLP

     Office Address:    425 Lexington Avenue

     City:              New York              State NY        Zip 10017

     Telephone:         212-455-3539          Fax: 212-455-2502

     E-Mail:            jyoungwood@stblaw.com

(B)  Client(s):         See attachment.

     Address:

     City:                                    State _____ Zip _____

     Telephone:                               Fax: _____

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:



State of New York

District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Appellate Division Courthouse of New York State
27 Madison Avenue, New York 10010
(212) 340-0400

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| Supreme Court of the United States | 9/1/06-Present |
| U.S. Court of Appeals for the Second Circuit | 12/28/05-Present |
| U.S. Court of Appeals for the Third Circuit | 8/19/11-Present |
| U.S. Court of Appeals for the Fourth Circuit | 7/23/12-Present |
| U.S. Court of Appeals for the Fifth Circuit | 2/18/03-Present |
| U.S. Court of Appeals for the Seventh Circuit | 5/10/13-Present |
| U.S. Court of Appeals for the Eighth Circuit | 12/11/12-Present |
| U.S. Court of Appeals for the Ninth Circuit | 3/14/16-Present |
| U.S. Court of Appeals for the D.C. Circuit | 2/15/07-Present |
| Southern District of New York | 7/9/96-Present |
| Eastern District of New York | 8/1/96-Present |
| Northern District of New York | 1/3/97-Present |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | Yes | No |
|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| United States District Court for the Southern District of Mississippi<br>501 E. Court Street<br>Suit 2.500<br>Jackson, MS 39201 | 05/08/17 | Granted |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court                    Style of Case

United States District Court for the         Latoya Brown et al. v. Madison County, Mississippi et al., Civ. Action
Southern District of Mississippi             No. 3:17 cv 347 WHB LRA
501 E. Court Street
Suit 2.500
Jackson, MS 39201

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ◉ | ○ |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ◉ | ○ |

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     Jody E. Owens, II, MSB No. 102333

Firm Name:     Southern Poverty Law Center

Office Address:   111 E. Capitol Street, Suite 280

City: Jackson          State: MS     Zip:  39201

Telephone: 601-948-8882     Fax:  601-948-8885

Email address: jody.owens@splcenter.org

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)    The undersigned resident attorney certifies that he/she agrees to the association with
       Applicant in this matter and to the appearance as attorney of record with Applicant.

                                                   s/Jody E. Owens, II
                                                   Resident Attorney

I certify that the information provided in this Application is true and correct.

    3/28/18
    Date                                         Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
Court must be enclosed with this Application.


                        CERTIFICATE OF SERVICE

    The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

       This the __28th__ day of __March_____, 20_18_.


                                                   s/Jody E. Owens, II
                                                   Resident Attorney