EXHIBIT B

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 20, 2018

Re: Ms. Lisa Shawn Graybill, State Bar Number 24054454

To Whom It May Concern:

This is to certify that Ms. Lisa Shawn Graybill was licensed to practice law in Texas on August 31, 2006, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Lisa Shawn Graybill**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 31st day of August, 2006.

I further certify that the records of this office show that, as of this date

**Lisa Shawn Graybill**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 20th day of March, 2018.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8664C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.