# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DENNIS HOPKINS, ET AL.**                                                                 **PLAINTIFFS**

**VS.**                                            **CIVIL ACTION NO. 3:18cv188-CWR-LRA**

**SECRETARY OF STATE DELBERT**
**HOSEMANN, in his official capacity**                                        **DEFENDANT**
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

PLEASE TAKE NOTICE that Justin L. Matheny hereby enters his appearance in this matter on behalf of the defendant Secretary of State Delbert Hosemann, in his official capacity, without waiving of any of Secretary Hosemann's immunities, affirmative defenses, or other defenses to this action, and requests that he be served with all future pleadings, orders, and other papers in this matter consistent with Fed. R. Civ. P. 5.

THIS the 5th day of April, 2018.

        Respectfully submitted,

        SECRETARY OF STATE DELBERT
        HOSEMANN, in his official capacity

BY:    JIM HOOD, ATTORNEY GENERAL

By:    <u>S/Justin L. Matheny</u>
        Justin L. Matheny (Bar No. 100754)
        Office of the Attorney General
        P.O. Box 220
        Jackson, MS 39205
        Telephone: (601) 359-3680
        Facsimile: (601) 359-2003
        *jmath@ago.state.ms.us*

        *Counsel for Defendant Secretary of State*
        *Delbert Hosemann, in his official capacity*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document has been electronically filed via the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

    THIS the 5th day of April, 2018.

                                          <u>S/Justin L. Matheny</u>
                                          Justin L. Matheny