# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DENNIS HOPKINS, ET AL.**                                                                   **PLAINTIFFS**

**VS.**                                         **CIVIL ACTION NO. 3:18cv188-CWR-LRA**

**SECRETARY OF STATE DELBERT**
**HOSEMANN, in his official capacity**                                           **DEFENDANT**
_____

## NOTICE OF FILING
_____

PLEASE TAKE NOTICE that the defendant Secretary of State Delbert Hosemann, in his official capacity, has this day filed a motion for consolidation and supporting memorandum of authorities, pursuant to Fed. R. Civ. P. 42(a) and Local Rule 42, in the related civil action pending in this District and Division styled *Harness, et al. v. Hosemann*; USSD Civil Action No. 3:17cv-791-DPJ-FKB.  True and correct copies of Secretary Hosemann's filed motion and supporting memorandum are affixed hereto as Exhibits 1 and 2.  Secretary Hosemann submits this notice and its attached exhibits without waiver of any of his immunities, affirmative defenses, or other defenses to this action.

THIS the 5th day of April, 2018.

                                        Respectfully submitted,

                                        SECRETARY OF STATE DELBERT
                                        HOSEMANN, in his official capacity

                            BY:    JIM HOOD, ATTORNEY GENERAL

                            By:    <u>S/Justin L. Matheny</u>
                                     Justin L. Matheny (Bar No. 100754)
                                     Office of the Attorney General
                                     P.O. Box 220
                                     Jackson, MS 39205

        Telephone: (601) 359-3680
        Facsimile: (601) 359-2003
        *jmath@ago.state.ms.us*

        *Counsel for Defendant Secretary of State*
        *Delbert Hosemann, in his official capacity*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document has been electronically filed via the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

    THIS the 5th day of April, 2018.

        <u>S/Justin L. Matheny</u>
        Justin L. Matheny