# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| DENNIS HOPKINS; HERMAN PARKER JR.; WALTER WAYNE KUHN JR.; BYRON DEMOND COLEMAN; JON O'NEAL; and EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,<br><br>    Defendant. | Civil Action No.<br>3:18-cv-188-CWR-LRA<br><br>**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

## NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES

NOTICE is hereby given that, on the date entered below, Plaintiffs disclosed to Defendants the information required by Rule 26.1(a)(1)(A) of the Uniform Local Civil Rules.

DATED this 10th day of May, 2018.

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood (*pro hac vice* forthcoming)<br>Janet A. Gochman (*pro hac vice*)<br>Nihara K. Choudhri (*pro hac vice*)<br>Isaac Rethy (*pro hac vice*)<br>Tyler Anger (*pro hac vice*)<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br>jyoungwood@stblaw.com<br>jgochman@stblaw.com<br>nchoudhri@stblaw.com<br>irethy@stblaw.com<br>tyler.anger@stblaw.com | By: s/Paloma Wu<br>SOUTHERN POVERTY LAW CENTER<br>Jody E. Owens, II (Miss. Bar No. 102333)<br>Paloma Wu (Miss. Bar No. 105464)<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br>Jody.Owens@splcenter.org<br>Paloma.Wu@splcenter.org<br><br>Lisa Graybill (*pro hac vice*)<br>1055 St. Charles Avenue<br>New Orleans, LA 70130<br>(504) 486-8982<br>Lisa.Graybill@splcenter.org<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

      I, Paloma Wu, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all parties by the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

      SO CERTIFIED, this 10th day of May, 2018.

                                               s/Paloma Wu
                                               Paloma Wu (Miss. Bar No. 105464)