# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DENNIS HOPKINS, ET AL.**                                                    **PLAINTIFFS**

**VS.**                          **CIVIL ACTION NO. 3:18cv188-CWR-LRA**

**SECRETARY OF STATE DELBERT HOSEMANN,**
**in his official capacity**                                                      **DEFENDANT**
_____

## NOTICE OF SERVICE OF INITIAL DISCLOSURES
_____

PLEASE TAKE NOTICE that the defendant Delbert Hosemann, Secretary of State of Mississippi, without waiving any immunities, affirmative defenses, or other defenses to this action, has this day served a true and correct copy of his initial disclosures required by Fed. R. Civ. P. 26(a)(1) and Local Rule 26(a)(1) on all counsel of record. The undersigned has retained the original.

THIS the 25th day of June, 2018.

                                       Respectfully submitted,

                                       SECRETARY OF STATE DELBERT
                                       HOSEMANN, in his official capacity

             BY:     JIM HOOD, ATTORNEY GENERAL

             By:     S/Justin L. Matheny
                           Justin L. Matheny (Bar No. 100754)
                           Office of the Attorney General
                           P.O. Box 220
                           Jackson, MS 39205
                           Telephone: (601) 359-3680
                           Facsimile: (601) 359-2003
                           *jmath@ago.state.ms.us*

                           *Counsel for Defendant Secretary of State*
                           *Delbert Hosemann, in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been electronically filed via the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

THIS the 25th day of June, 2018.

S/Justin L. Matheny<br>
Justin L. Matheny