Form 6 (ND/SD Miss. Dec. 2016)

# United States District Court
## Southern District of Mississippi

Dennis Hopkins, et al.        Plaintiff

v.

Civil Action No. 3:18-CV-188-DPJ-FKB

Delbert Hoseman, Secretary of State of Mississippi        Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Nancy G Abudu

Firm Name: Southern Poverty Law Center

Office Address: 150 E. Ponce De Leon Ave, Suit 340

City: Decatur    State: GA    Zip: 30030

Telephone: 786.376.5311    Fax: 404.221.5857

E-Mail: nancy.abudu@splcenter.org

(B) Client(s): see attachment

Address:

City:    State    Zip

Telephone:    Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)  I am admitted to practice in the:

   [X]   State of  Florida
   [ ]

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of Florida
500 South Duval Street
Tallahassee, FL 32399
850.488.0125
floridasupremecourt.org/

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State of New York | 2000 |
| State of Georgia | 2002 |

(D)  Have you been denied admission pro hac vice in this state?  Yes ◯  No ⦿

Have you had admission pro hac vice revoked in this state?  Yes ◯  No ⦿

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?  Yes ◯  No ⦿

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E)  Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?  Yes ◯  No ⦿

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court     Style of Case

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     Paloma Wu, Miss. Bar No. 105464

Firm Name:     Southern Poverty Law Center

Office Address:     111 East Capital Street, Suite 280

City: Jackson     State: MS   Zip: 39201

Telephone: 601-354-3408     Fax:

Email address:   paloma.wu@splcenter.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ Paloma Wu
-----------------------------
Resident Attorney

I certify that the information provided in this Application is true and correct.

7/8/19
------
Date

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __14th__ day of __August__, 20_19_

/s/ Paloma Wu
-----------------------------
Resident Attorney

# Exhibit 1

Attachment in Response to Question B

Client List

Dennis Hopkins

- Mailing address: P.O. Box 42, Potts Camp, MS 38659
- Physical address: 3829 Old Highway 78, Potts Camp, MS 38633

Walter Wayne Kuhn

- 601 Bob White Street, Byram, MS 39272

Herman Parker Jr.

- 200 Second Avenue, Vicksburg MS 39183

Byron Demond Coleman

- 332 Cummins Street, Jackson, MS 39204

Jon O'Neal

- Fieldhouse Homeless Shelter, 5712 Hwy 49, Hattiesburg, MS 39401

Earnest Willhite

- Travel Inn, 1955 US-80, Jackson, MS 39204

# Exhibit 2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida      )

County of Leon       )        In Re:   0111881
Nancy Gbana Abudu
Southern Poverty Law Center
PO Box 1287
Decatur, GA 30031-1287

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 26, 2014**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 8th day of **July**, **2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-48981