# Exhibit 1

Attachment in Response to Question B

Client List

Dennis Hopkins

- Mailing address: P.O. Box 42, Potts Camp, MS 38659
- Physical address: 3829 Old Highway 78, Potts Camp, MS 38633

Walter Wayne Kuhn

- 601 Bob White Street, Byram, MS 39272

Herman Parker Jr.

- 200 Second Avenue, Vicksburg MS 39183

Byron Demond Coleman

- 332 Cummins Street, Jackson, MS 39204

Jon O'Neal

- Fieldhouse Homeless Shelter, 5712 Hwy 49, Hattiesburg, MS 39401

Earnest Willhite

- Travel Inn, 1955 US-80, Jackson, MS 39204