IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DENNIS HOPKINS, ET AL.**                                                      **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO. 3:18cv188-CWR-LRA**

**SECRETARY OF STATE DELBERT**
**HOSEMANN, in his official capacity**                                           **DEFENDANT**
_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

PLEASE TAKE NOTICE that Krissy C. Nobile hereby enters her appearance in this matter on behalf of the defendant Secretary of State Delbert Hosemann, in his official capacity, without waiving of any of Secretary Hosemann's immunities, affirmative defenses, or other defenses to this action, and requests that she be served with all future pleadings, orders, and other papers in this matter consistent with Fed. R. Civ. P. 5.

THIS the 15th day of August, 2019.

        Respectfully submitted,

        SECRETARY OF STATE DELBERT
        HOSEMANN, in his official capacity

BY:    JIM HOOD, ATTORNEY GENERAL

By:    s/Krissy C. Nobile
        Krissy C. Nobile (Bar No. 103577)
        Office of the Attorney General
        P.O. Box 220
        Jackson, MS 39205
        Telephone: (601) 359-3824
        Facsimile: (601) 359-2003
        knobi@ago.ms.gov

        *Counsel for Defendant Secretary of State*
        *Delbert Hosemann, in his official capacity*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been electronically filed via the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

      THIS the 15th day of August, 2019.

                                            s/Krissy C. Nobile
                                            Krissy C. Nobile