## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**DENNIS HOPKINS, ET AL.**                                              **PLAINTIFFS**

**v.**                                                           **NO. 3:18-CV-188-DPJ-FKB**

**SECRETARY OF STATE DELBERT**
**HOSEMANN, in his official capacity**                                  **DEFENDANT**

## NOTICE OF FILING

PLEASE TAKE NOTICE that Secretary of State Delbert Hosemann, in his official capacity ("the Secretary"), has this day filed a Petition for Permission to Appeal under Fed. R. App. P. 5 and 28 U.S.C. § 1292(b) with the Court of Appeals for the Fifth Circuit, a true and correct copy of which is affixed hereto as Exhibit "A." By virtue of this filing via the Clerk of Court's ECF system, the Secretary's Petition has been served on all persons entitled to service of a copy of the Petition.

Dated: August 19, 2019.

                                            Respectfully submitted,

                                            **SECRETARY OF STATE DELBERT**
                                            **HOSEMANN, in his official capacity**

        **BY:   JIM HOOD, ATTORNEY GENERAL**

By:      /s/ *Krissy C. Nobile*
           Justin L. Matheny (Bar No. 100754)
           Krissy C. Nobile (Bar No. 103577)
           STATE OF MISSISSIPPI
           OFFICE OF THE ATTORNEY GENERAL
           P.O. Box 220
           Jackson, MS 39205
           Telephone: (601) 359-3824
           jmath@ago.ms.gov
           knobi@ago.ms.gov

           *Counsel for Secretary of State Delbert*
           *Hosemann, in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been electronically filed via the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

THIS the 19th day of August, 2019.

/s/ <i>Krissy C. Nobile</i><br>
Krissy C. Nobile