# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| DENNIS HOPKINS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,<br><br>    Defendant. | Civil Action No.<br>3:18-cv-188-DPJ-FKB |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Plaintiffs have this day filed a Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b) and Fed. R. App. 5 with the Court of Appeals for the Fifth Circuit. A true and correct copy of Plaintiffs' Petition is filed herewith as Exhibit A.

Dated: August 19, 2019

By:    /s/ Jonathan K. Youngwood

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER<br>Paloma Wu<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>Tel: (601) 948-8882<br>Paloma.Wu@splcenter.org<br><br>Lisa Graybill<br>1055 St. Charles Avenue<br>New Orleans, LA 70130<br>Tel: (504) 486-8982<br>Lisa.Graybill@splcenter.org<br><br>Nancy G. Abudu<br>Caren E. Short<br>P.O. Box 1287<br>Decatur, GA 30031<br>Tel: (404) 521-6700<br>Nancy.Abudu@splcenter.org<br>Caren.Short@splcenter.org | SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood<br>Janet A. Gochman<br>Isaac M. Rethy<br>Nihara K. Choudhri<br>Tyler Anger<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-2000<br>jyoungwood@stblaw.com<br>jgochman@stblaw.com<br>nchoudhri@stblaw.com<br>irethy@stblaw.com<br>tyler.anger@stblaw.com |

*Attorneys for Plaintiffs*