**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

DENNIS HOPKINS, et al.,

    Plaintiffs,

      v.

SECRETARY OF STATE DELBERT
HOSEMANN, in his official capacity,

    Defendant.

Civil Action No.
3:18-cv-188-DPJ-FKB

**<u>AMENDED NOTICE OF FILING</u>**

      PLEASE TAKE NOTICE that Plaintiffs have this day filed a Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b) and Fed. R. App. 5 with the Court of Appeals for the Fifth Circuit. A true and correct copy of Plaintiffs' Petition is filed herewith as Exhibit A.[1]

---

[1] This amended notice contains revisions to the previously-filed notice's signature page; Exhibit A is identical. Not. of Filing Pet. For Permission to Appeal, Aug. 19, 2019, ECF No. 28.

Dated: August 19, 2019

By:    /s/  Paloma Wu

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
Nihara K. Choudhri (*pro hac vice*)
Tyler Anger (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
nchoudhri@stblaw.com
tyler.anger@stblaw.com

SOUTHERN POVERTY LAW CENTER
Paloma Wu (Miss. Bar No. 105464)
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882
Paloma.Wu@splcenter.org

Lisa Graybill (*pro hac vice*)
1055 St. Charles Avenue
New Orleans, LA 70130
(504) 486-8982
Lisa.Graybill@splcenter.org

Nancy G. Abudu (*pro hac vice*)
Caren E. Short (*pro hac vice*)
P.O. Box 1287
Decatur, GA 30031
Tel: (404) 521-6700
Nancy.Abudu@splcenter.org
Caren.Short@splcenter.org

*Attorneys for the Plaintiffs*