IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-90024

_____

A True Copy
Certified order issued Sep 11, 2019

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

  Plaintiffs - Respondents Cross-Petitioners

v.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

  Defendant - Petitioner Cross-Respondent

_____

Motions for Leave to Appeal
from an Interlocutory Order

_____

Before HAYNES, GRAVES, and ENGELHARDT, Circuit Judges.

PER CURIAM:

  IT IS ORDERED that the motion of petitioner for leave to appeal from the interlocutory order of the United States District Court of the Southern District of Mississippi, entered on August 7, 2019, is GRANTED.

IT IS FURTHER ORDERED that the motion of cross-petitioners for leave to appeal from the interlocutory order of the United States District Court of the Southern District of Mississippi, entered on August 7, 2019, is GRANTED.