# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 11, 2019

TO: All Counsel and Parties Listed Below

    Misc. No. 19-90024   Dennis Hopkins, et al v. Delbert
                                     Hosemann
                             USDC No. 3:18-CV-188

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 19-60678.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant and cross appellants should immediately pay their court of appeals' $505.00 docketing fee to the clerk of the district court, and notify this office of your payment within 14 days from the date of this letter. If you do not, we will dismiss your appeal, see 5TH CIR. R. 42.3.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form. IF YOU ALREADY ENTERED AN APPEARANCE IN CASE 19-90024, YOU DO NOT NEED TO RE-FILE.

                                              Sincerely,

                                              LYLE W. CAYCE, Clerk

                                              By: _____
                                              Allison G. Lopez, Deputy Clerk
                                              504-310-7702

Ms. Nancy Abudu
Ms. Janet A. Gochman
Ms. Lisa S. Graybill
Mr. Justin Lee Matheny
Ms. Krissy C. Nobile
Ms. Paloma Wu
Mr. Jonathan K. Youngwood

Enclosure(s)

cc: Mr. Arthur S. Johnston III