IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DENNIS HOPKINS, ET AL.**                                                              **PLAINTIFFS**

**VS.**                                                            **CIVIL ACTION NO. 3:18cv188-DPJ-FKB**

**DELBERT HOSEMANN, SECRETARY OF**
**STATE OF MISSISSIPPI**                                                      **DEFENDANT**

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), the undersigned moves this Court to enter an Order permitting the withdrawal of Jody E. Owens, II, as counsel of record for Plaintiffs in this action. In support of this motion, the undersigned would show as follows:

1. Mr. Owens is no longer employed at the Southern Poverty Law Center. The Southern Poverty Law Center remains qualified, well-resourced, and well-equipped to represent the Plaintiffs and will continue to do so. Mr. Owens' withdrawal will in no way prejudice the Plaintiffs.

**WHEREFORE**, the undersigned moves this Court to enter its Order permitting the withdrawal of Jody E. Owens, II, in the above-captioned case.

Respectfully submitted, this the 19th day of December 2019.

                                                      /s/ Jody E. Owens, II
                                                      Jody E. Owens, II, MSB #102333
                                                      Southern Poverty Law Center
                                                      111 East Capitol Street, Suite 280
                                                      Jackson, Mississippi 39201
                                                      (601) 948-8882 (phone)
                                                      (601) 948-8885 (fax)

                                                      Attorney for Plaintiffs