# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DENNIS HOPKINS, ET AL.**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 3:18cv188-DPJ-FKB**

**DELBERT HOSEMANN, SECRETARY OF STATE OF MISSISSIPPI**     **DEFENDANT**

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), the undersigned moves this Court to enter an Order permitting the withdrawal of Paloma Wu, as counsel of record for Plaintiffs in this action. In support of this motion, the undersigned would show as follows:

1. Mrs. Wu is no longer employed at the Southern Poverty Law Center. The Southern Poverty Law Center remains qualified, well-resourced, and well-equipped to represent the Plaintiffs and will continue to do so. Mrs. Wu's withdrawal will in no way prejudice the Plaintiffs.

**WHEREFORE**, the undersigned moves this Court to enter its Order permitting the withdrawal of Paloma Wu, in the above-captioned case.

Respectfully submitted, this the 21st day of February 2020.

/s/ Paloma Wu
Paloma Wu, MSB #105464
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
(601) 948-8882 (phone)
(601) 948-8885 (fax)

Attorney for Plaintiffs