IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DENNIS HOPKINS, et al.**                                      **PLAINTIFFS**

**VS**                                      **CIVIL ACTION NO.: 3:18-CV-188 CWR**

**DELBERT HOSEMANN, SECRETARY**
**OF STATE OF MISSISSIPPI, in his**
**Official capacity**                                      **DEFENDANT**

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), the undersigned moves this Court to enter an Order permitting the withdrawal of Lisa S. Graybill, as counsel of record for Plaintiffs in this action. In support of this motion, the undersigned would show as follows:

1. As of August 4, 2020, Ms. Graybill will no longer be employed at the Southern Poverty Law Center. The Southern Poverty Law Center remains qualified, well-resourced, and well-equipped to represent the Plaintiffs and will continue to do so. Ms. Graybill's withdrawal will in no way prejudice the Plaintiffs.

**WHEREFORE**, the undersigned moves this Court to enter its Order permitting the withdrawal of Lisa S. Graybill, in the above-captioned case.

Respectfully submitted, this the 31st day of July 2020.

/s/ Lisa S. Graybill
Lisa S. Graybill, TX Bar #24054454
Southern Poverty Law Center
201 St. Charles Avenue, Ste. 2000
New Orleans, LA  70170
(504) 526-1499 (phone)