IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DENNIS HOPKINS et al.                                                                  PLAINTIFFS

v.                                                   CIVIL ACTION NO. 3:18-cv-188-DPJ-FKB

SECRETARY OF STATE
DELBERT HOSEMANN, in his official capacity                              DEFENDANT

---

**MOTION OF ATTORNEY KRISSY C. NOBILE
TO WITHDRAW AS COUNSEL**

---

Krissy C. Nobile of the Mississippi Attorney General's Office respectfully moves this Court to enter an Order granting her leave to withdraw as counsel of record for the Defendant, the Mississippi Secretary of State, in his official capacity.[1]

As of April 30, 2021, Krissy C. Nobile will no longer be employed with the Mississippi Attorney General's Office. The Defendant will continue to be represented by Justin Matheny with the Mississippi Attorney General's Office. Thus, the change will not result in delay or other prejudice to any party or to the judicial administration of this action.

Dated: April 29, 2021.

Respectfully submitted,

LYNN FITCH
Attorney General of Mississippi

---

[1] Under Federal Rule of Civil Procedure 25(d), a public officer's successor is automatically substituted as a party.

By:     */s/ Krissy C. Nobile*
        Krissy C. Nobile, MSB #103577
         *Deputy Solicitor General*
        Justin L. Matheny, MSB # 100754
         *Assistant Solicitor General*
        STATE OF MISSISSIPPI
        OFFICE OF THE ATTORNEY GENERAL
        P.O. Box 220
        Jackson, Mississippi 39205-0220
        Telephone: (601) 359-3680
        E-mail: justin.matheny@ago.ms.gov
                 krissy.nobile@ago.ms.gov

        *Counsel for the Secretary of State*

## CERTIFICATE OF SERVICE

    I, Krissy C. Nobile, hereby certify that on April 29, 2021, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and registered participants.

    Dated: April 29, 2021.

                                               */s/ Krissy C. Nobile*
                                               Krissy C. Nobile