# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| DENNIS HOPKINS; HERMAN PARKER JR.; WALTER WAYNE KUHN JR.; BYRON DEMOND COLEMAN; JON O'NEAL; and EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,<br><br>Defendant. | **Civil Action No.**<br>**3:18-cv-188-DPJ-FKB** |

## ENTRY OF APPEARANCE OF COUNSEL

Jade Morgan, of the Southern Poverty Law Center, hereby enters her appearance as additional counsel for Plaintiffs in the above action and requests that she be served with all future pleadings, orders, and other papers in this matter consistent with Fed. R. Civ. P. 5.

Dated this 20th day of January, 2022.

/s/ *Jade Morgan*
Jade Morgan, MS Bar No. 105760
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Phone: (601) 760-9282
Fax: (601) 948-8885
jade.morgan@splcenter.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

This 20th day of January, 2022.

>  */s/ Jade Morgan*
>  Jade Morgan
>
>  Attorney for Plaintiffs