# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

DENNIS HOPKINS, et al,

    *Plaintiffs,*

vs.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

    *Defendant.*

**Civil Action No.
3:18-cv-188-DPJ-FKB**

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), the undersigned, Caren E. Short, moves this Court to enter an Order permitting the withdrawal of Caren E. Short as counsel of record for Plaintiffs in this action. In support of this motion, the undersigned states that Ms. Short is resigning from the Southern Poverty Law Center (SPLC) effective May 2, 2022. The SPLC remains qualified, well-resourced, and well-equipped to represent the Plaintiffs and will continue to do so. Ms. Short's withdrawal will in no way prejudice the Plaintiffs.

**WHEREFORE**, the undersigned moves this Court to enter its Order permitting the withdrawal of Caren E. Short in the above-mentioned case.

Dated this 22nd day of April, 2022.

Respectfully submitted,	*/s/ Jade Morgan*
	Jade Morgan, MS Bar No. 105760
	Southern Poverty Law Center
	111 E. Capitol Street, Suite 280
	Jackson, MS 39201
	Phone: (601) 760-9282
	Fax: (601) 948-8885
	jade.morgan@splcenter.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

This 22nd day of April, 2022

/s/*Jade Morgan*
Jade Morgan