**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| DENNIS HOPKINS et al., *Plaintiffs*, vs. SECRETARY OF STATE DELBERT HOSEMANN *in his official capacity*, *Defendant*. | Civil Action No. 3:18-cv-00188-DPJ-FKB |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 83.1(b)(3), Plaintiffs, by and through their counsel, respectfully request the withdrawal of the appearance of Isaac M. Rethy of Simpson Thacher & Bartlett LLP as counsel for Plaintiff in the above-referenced actions. Sadly, Isaac M. Rethy passed away on April 15, 2023. Simpson Thacher & Bartlett LLP will continue to serve as counsel for Plaintiff, along with co-counsel the Southern Poverty Law Center.

| | |
|---|---|
| Dated:  May 11, 2023 | By  */s/ Jonathan K. Youngwood* |

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER<br>Jade Olivia Morgan (Miss. Bar No. 105760)<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>Telephone: (601) 905-0606<br>Facsimile: (601) 948-8885<br>jade.morgan@splcenter.org<br><br>Nancy Abudu (admitted *pro hac vice*)<br>150 E Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>Telephone: (786) 376-5311<br>Facsimile: (404) 221-5857<br>nancy.abudu@splcenter.org | SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood, MS Bar No. 106441<br>Janet Gochman (admitted *pro hac vice*)<br>Nihara K. Choudhri (admitted *pro hac vice*)<br>Tyler Anger (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 455-3539<br>Facsimile: (212) 455-2502<br>jyoungwood@stblaw.com<br>jgochman@stblaw.com<br>nchoudhri@stblaw.com<br>tyler.anger@stblaw.com<br><br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I, Jonathan K. Youngwood, hereby certify that on May 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

                                                 */s/ Jonathan K. Youngwood*
                                                 Jonathan K. Youngwood