# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| DENNIS HOPKINS, et al, <br><br> *Plaintiffs,* <br><br> vs. <br><br> SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity, <br><br> *Defendant.* | **Civil Action No.** <br> **3:18-cv-188-DPJ-FKB** |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), the undersigned, Jade Morgan, moves this Court to enter an Order permitting the withdrawal of Nancy Abudu as counsel of record for Plaintiffs in this action. In support of this motion, the undersigned states that Ms. Abudu ~~is taking a leave of absence~~ has resigned from the Southern Poverty Law Center (SPLC) after her nomination by President Biden to become a United States Circuit Judge for the Eleventh Circuit was confirmed by the Senate on May 18, 2023. The SPLC remains qualified, well-resourced, and well-equipped to represent the Plaintiffs and will continue to do so. Ms. Abudu's withdrawal will in no way prejudice the Plaintiffs.

**WHEREFORE**, the undersigned moves this Court to enter its Order permitting the withdrawal of Nancy Abudu <u>as counsel</u> in the above-mentioned case.

Dated this 22nd day of May, 2023.

Respectfully submitted,   */s/ Jade Morgan*
Jade Morgan, MS Bar No. 105760
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Phone: (601) 760-9282
Fax: (601) 948-8885
jade.morgan@splcenter.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

This 22nd day of May , 2023.

/s/*Jade Morgan*
Jade Morgan